UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:21-cv-80849-MIDDLEBROOKS/MATTHEWMAN

GABRIELLE BARGOOT,

    Plaintiff,

v

THE SCHOOL BOARD OF PALM
BEACH COUNTY, FLORIDA,

    Defendant.

_____/

### REPORT OF MEDIATION

A mediation conference was held on January 28, 2022 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present.

__X__ A complete agreement was reached, *conditional upon School Board approval Feb. 23, 2022*

_____ A partial agreement was reached.

_____ No agreement was reached.

_____ The mediation was adjourned until _____.

_____
Karen Evans-Putney, Mediator

February 3, 2022
Date