**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

GABRIELLE BARGOOT,

    Plaintiff,

v.                                                      CASE NO.: 9:21-CV-80849-DMM

SCHOOL BOARD OF PALM BEACH
COUNTY.,

    Defendant.

_____

**<u>JOINT STIPULATION OF DISMISSAL OF COMPLAINT</u>**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Plaintiff, GABRIELLE BARGOOT, and Defendant SCHOOL BOARD OF PALM BEACH COUNTY, by and through their respective below signed counsel, stipulate, in consideration of a negotiated settlement executed by them, to the voluntary dismissal with prejudice as to Plaintiff's claims against Defendant in the above captioned matter. All claims available to Plaintiff as to Defendant are dismissed with prejudice with both parties agreeing to be responsible for their respective fees and costs.

Respectfully submitted,

| | |
|---|---|
| *s/ Lauren Wilson* | /s/ V. Danielle Williams |
| Lauren Wilson, Esq. | |
| Florida Bar No. 1024850 | |
| Email: lauren@dereksmithlaw.com | V. DANIELLE WILLIAMS, ESQ. |
| Caroline H. Miller, Esq. | Florida Bar 72229 |
| Email: caroline@dereksmithlaw.com | ANDREW CARRABIS, ESQ. |
| DEREK SMITH LAW GROUP, PLLC | Florida Bar No. 89782 |
| 701 Brickell Avenue, Suite 1310 | Counsel for the School Board |
| Miami, Florida 33131 | danielle.williams@palmbeachschools.org |
| Telephone: (305) 946-1884 | andrew.carrabis@palmbeachschools.org |
| | vericcia.mccreary@palmbeachschools.org |
| | mary.quesada@palmbeachschools.org |

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I certify that on this 28th day of February 2022, a true and correct copy of the foregoing document was served on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          *s/ Lauren Wilson*
                                          Lauren Wilson, Esq.